WARD BAKING COMPANY, Respondent, v. WILLIAM D. BIEN, Individually and as President and Business Agent of Dairy and Bakery Salesmen's Union Local No. 316, and Others, Appellants. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of RAYMOND A. MORGAN on Behalf of Himself and All Others Similarly Situated, Petitioner, for an Order under Article 78 of the Civil Practice Act Directed against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for order continuing escrow account denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HENRY F. BETZ, JR., an Infant, by HENRY F. BETZ, SR., as Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF TONAWANDA and Others, Respondents.— Motion for reargument denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

GRACE GEORGE, Appellant, v. OWNERS TRUCKING CORPORATION and DURWOOD E. BAKER, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Appellant, v. CITY OF BUFFALO and JOHN R. PLUNKETT and Others, as Assessors of the City of Buffalo, Erie County, New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## SECOND DEPARTMENT, AUGUST, 1942.
### (August 3, 1942.)

In the Matter of the Application of HARRY M. SWIRNOFF, Petitioner, Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law, against S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, Respondents, and DONALD J. REGAN and Others, Appellants.— On the call of the calendar, on consent of the parties, the appeal is withdrawn. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.